UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

_____
                                )
LEILA C. SINCLAIR,              )
                                )
        Plaintiff,              )
                                )
    v.                          )    C.A. No. 16-127 S
                                )
CRAIG S. SAMPSON, ESQUIRE,      )
et al.                          )
                                )
        Defendants.             )
_____)

**ORDER**

WILLIAM E. SMITH, Chief Judge.

Magistrate Judge Lincoln D. Almond filed a Report and Recommendation (R&R) on September 29, 2016 (ECF No. 29), recommending that the Court deny Plaintiff's Motion for Preliminary Injunctive Relief (ECF No. 21). Having heard no objections and having carefully reviewed Plaintiff's Motion and the R&R, the Court accepts the R&R. Plaintiff's Motion for Preliminary Injunctive Relief is hereby DENIED.

IT IS SO ORDERED.

_____
William E. Smith
Chief Judge
Date:  November 2, 2016