UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                    )
LEILA C. SINCLAIR,                  )
                                    )
         Plaintiff,                 )
                                    )
    v.                              )   C.A. No. 16-127 S
                                    )
CRAIG S. SAMPSON, ESQUIRE,          )
et al.,                             )
                                    )
         Defendants.                )
_____ )

### ORDER

WILLIAM E. SMITH, Chief Judge.

    Before the Court is Plaintiff's Motion to Dismiss the Amended Counterclaim of Defendants Kathleen J. Ennen, William E. Jenkins, and Theodore L. Jenkins, Jr. (ECF No. 44.) This matter was referred to Magistrate Judge Lincoln D. Almond pursuant to 28 U.S.C. § 636(b)(1)(B). Magistrate Judge Almond recommended that Plaintiff's Motion be denied. (Report and Recommendation, ECF No. 59.) Because Plaintiff has not filed an objection to that recommendation, and the deadline for objections has passed, Plaintiff's objections, if any, are waived. See United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986). The Report and Recommendation (ECF No. 59) is ADOPTED and Plaintiff's Motion to Dismiss the Amended Counterclaim (ECF No. 44) is DENIED.

IT IS SO ORDERED.

/s/ William E. Smith
_____
William E. Smith
Chief Judge
Date: February 27, 2017